Form oscmlfee – oscmlfeev27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−12598−MBK
Chapter: 7
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jo Ann Lucille Hartl
   dba JAMCO
   801 Ocean Road
   Pt. Pleasant, NJ 08742

Social Security No.:
   xxx−xx−0579

Employer's Tax I.D. No.:

## ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO MAKE INSTALLMENT PAYMENT(S) OR PAY MISCELLANEOUS FILING FEES

   The Court having noted that:

   ☐   An order directing the payment of filing fees in installments was entered in the above case, and that the payment due on in the amount of $ has not been received by the Clerk,

   ☑   The debtor filed a Amendment To Schedules on February 20, 2019 that requires the payment of a fee in the amount of $ 31.00, and that the fee has not been received by the Clerk,

   It is hereby

   ORDERED that the fee in the amount indicated above must be received by the Clerk on or before 3/8/19 or the case will be dismissed.

   If you object to dismissal you may file a written objection or request for a hearing with the Clerk of the Bankruptcy Court at the address above. The objection or request must be received by the Clerk no later than 3/8/19.

   If you file a written request for a hearing, you or your attorney must appear at a hearing to be held before the Honorable Michael B. Kaplan on

Date: March 27, 2019
Time: 10:00 am
Location: Courtroom 8
   Address:   Clarkson S. Fisher Courthouse
              402 East State Street
              Trenton, NJ 08608−1507


Dated: February 22, 2019
JAN: wdr

Michael B. Kaplan
United States Bankruptcy Judge

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 19-12598-MBK
Jo Ann Lucille Hartl                                                  Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Feb 22, 2019
                              Form ID: oscmlfee        Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 24, 2019.
db             +Jo Ann Lucille Hartl,   801 Ocean Road,   Pt. Pleasant, NJ 08742-4054

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 23 2019 00:13:56     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
                                                                                              TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 24, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 22, 2019 at the address(es) listed below:
              John Michael McDonnell    jmcdonnell@mchfirm.com,   jcohen@mchfirm.com,NJ95@ecfcbis.com
              Rebecca Ann Solarz   on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, on
               behalf of the holders of the J.P. Morgan Mortgage Acquisition Trust 2007-CH3 Asset Backed
               Pass-Through Certificates, Series 2007-CH3 rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 3