**FORM NOA** (Notice of Assets and Deadline to File Proof of Claim)

# NOTICE OF ASSETS AND DEADLINE TO FILE PROOF OF CLAIM

U.S. Bankruptcy Court
402 East State Street
Trenton, NJ 08608
Telephone number: 609−858−9333

Honorable Michael B. Kaplan, U.S. Bankruptcy Judge

| **CASE NUMBER:** 19−12598−MBK | **DATE FILED::** 2/7/19 |
|---|---|
| **In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):** Jo Ann Lucille Hartl dba JAMCO xxx−xx−0579 | **ADDRESS OF DEBTOR(S):** 801 Ocean Road Pt. Pleasant, NJ 08742 |
| **DEBTOR'S ATTORNEY:** Jo Ann Lucille Hartl 801 Ocean Road Pt. Pleasant, NJ 08742 | **TRUSTEE:** John Michael McDonnell John Michael McDonnell, Ch. 7 Trustee 115 Maple Avenue Red Bank, NJ 07701 732−383−7233 |

It appeared from the schedules when this case was filed that there were no assets from which dividends could be paid to creditors as indicated on the Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors and Deadlines.

It now appears that the payment of a dividend may be possible. Pursuant to Bankruptcy Rule 3002(c)(5), the last day for filing claims is fixed as:

6/17/19

Government Units are allowed 180 days from the date of order for relief, or the above date, whichever is later. 11 U.S.C. §502(b)(9)

Except as otherwise provided by law, in order to share in any payment from the estate, a creditor must file a proof of claim by the date set forth above. The place to file the proof of claim is the office of the Clerk of the Bankruptcy Court.

A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B 410") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/forms/bankruptcy−forms) or at any bankruptcy clerk's office. You may also contact the Clerk's Office where this case is pending to request that a Proof of Claim form be mailed to you. The Clerk's Office telephone number is included on the front of this Notice. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the last day to file a proof of claim listed on the front side, you might not be paid any money on your claim from other assets in the bankruptcy case. To be paid you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. Filing Deadline for a Creditor with a Foreign Address: The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.

**IF A CLAIM WAS PREVIOUSLY SUBMITTED, IT IS NOT NECESSARY TO FILE ANOTHER ONE.**

Dated: March 20, 2019                                          FOR THE COURT
                                                                              Jeanne Naughton, Clerk

FORM NOA Rev. 5/2016

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 19-12598-MBK
Jo Ann Lucille Hartl                                            Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1           Date Rcvd: Mar 20, 2019
                              Form ID: noa             Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 22, 2019.
```
db            +Jo Ann Lucille Hartl,    801 Ocean Road,    Pt. Pleasant, NJ 08742-4054
518016163     +Capital One,    136 Gaither Dr., Ste. 100,    Mt. Laurel, NJ 08054-1725
518016161     +Capital One,    PO Box 10497,    Greenville, SC 29603-0497
518016162     +Capital One,    PO Box 469046,    Escondido, CA 92046-9046
518016164     +Home Depot,    PO Box 51319,    Los Angeles, Ca 90051-5619
518016158     +JPMorgan/Chase,    216 Haddon Ave., Ste. 406,    c/o KML Law Law Group, PC,
                Westmont, NJ 08108-2812
518016171     +James M. Hartl,    801 Ocean Road,    Pt. Pleasant, NJ 08742-4054
518016159     +KML Law Group, PC,    216 Haddon Avenue., Ste. 406,    Westmont, NJ 08108-2812
518016168     +Lyons, Doughty & Veldhius,    136 Gaither Dr., Ste. 100,    Mt. Laurel, NJ 08054-2239
518016169     +Midland Credit Management, Inc.,    PO Box 51319,    Los Angeles, ca 90051-5619
518016166     +Sherman Originator III, LLC,    PO box 10497,    Greenville, SC 29603-0497
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Mar 20 2019 23:51:20     U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 20 2019 23:51:14     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
518016167     +EDI: ARSN.COM Mar 21 2019 03:08:00      ARS National Service,    PO box 469046,
                Escondido, CA 92046-9046
518016160     +EDI: IRS.COM Mar 21 2019 03:08:00      IRS,   PO Box 621501,    Atlanta, GA 30362-3001
518016165     +EDI: RMSC.COM Mar 21 2019 03:08:00      PC Richards,    PO Box 960061,   Orlando, FL 32896-0061
518019445     +EDI: RMSC.COM Mar 21 2019 03:08:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                PO Box 41021,    Norfolk, VA 23541-1021
518016170     +EDI: RMSC.COM Mar 21 2019 03:08:00      Synchrony Bank,    PO Box 960061,
                Orlando, FL 32896-0061
518043123     +EDI: VERIZONCOMB.COM Mar 21 2019 03:08:00      Verizon,    500 Technology Dr,    Suite 550,
                Weldon Spring, MO 63304-2225
                                                                                              TOTAL: 8
```
```
               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2019                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 18, 2019 at the address(es) listed below:
```
              John Michael McDonnell    on behalf of Trustee John Michael McDonnell jmcdonnell@mchfirm.com,
               NJ95@ecfcbis.com,bcrowley@mchfirm.com
              John Michael McDonnell    jmcdonnell@mchfirm.com, NJ95@ecfcbis.com,bcrowley@mchfirm.com
              Rebecca Ann Solarz    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, on
               behalf of the holders of the J.P. Morgan Mortgage Acquisition Trust 2007-CH3 Asset Backed
               Pass-Through Certificates, Series 2007-CH3 rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 4
```