Certificate Number: 14912-NJ-DE-032776024

Bankruptcy Case Number: 19-12598



14912-NJ-DE-032776024

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 6, 2019, at 2:43 o'clock PM EDT, Jo Ann Hartl completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:   May 6, 2019                          By:    /s/Jai Bhatt

                                             Name:   Jai Bhatt

                                             Title:   Counselor