**MCDONNELL CROWLEY, LLC**
115 Maple Avenue
Red Bank, New Jersey 07701
(732) 383-7233
bcrowley@mchfirm.com
Brian T. Crowley
*Counsel for John M. McDonnell,*
*Chapter 7 Trustee*



Order Filed on July 2, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In re:

JO ANN LUCILLE HARTL,

Debtor.

Case No. 19-12598 (MBK)

Honorable Michael B. Kaplan

Chapter 7

## ORDER FIXING CERTAIN EXEMPTIONS OF THE DEBTOR

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: July 2, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

(Page 2)
Debtor:             Jo Ann Lucille Hartl
Case No.:           19-12598 (MBK)
Caption of Order:   Order Fixing Certain Exemptions of the Debtor

---

**THIS MATTER** having been brought before the Court upon the limited objection (the "Objection")[1] (*see* Docket No. 34) of John M. McDonnell, the chapter 7 trustee (the "Trustee") for the estate of Jo Ann Lucille Hartl, the chapter 7 debtor (the "Debtor"), by and through his counsel, McDonnell Crowley, LLC, for entry of an order denying certain claimed exemptions of the Debtor, pursuant to sections 105 and 522 of title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq.* (the "Bankruptcy Code") and Rule 4003 of the Federal Rules of Bankruptcy Procedure; and the Court finding notice of this objection having been given to all appropriate parties; and the Court having reviewed the papers filed and the arguments presented, and for good cause shown, it is hereby:

**ORDERED** that the relief sought by the Trustee in the Objection is sustained.

**ORDERED** that the Disputed Homestead Exemption as to the Point Pleasant Property is reduced and fixed at the amount of $23,675 under section 522(d)(1) of the Bankruptcy Code.

---

[1] Unless otherwise defined herein, all capitalized terms shall have the meaning ascribed to them in the Objection.