**McDonnell Crowley, LLC**
115 Maple Avenue
Red Bank, New Jersey 07701
(732) 383-7233
bcrowley@mchfirm.com
Brian T. Crowley
*Counsel for John M. McDonnell,*
*Chapter 7 Trustee*

**Order Filed on July 2, 2019**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>JO ANN LUCILLE HARTL,<br><br>　　　　　　Debtor. | Case No. 19-12598 (MBK)<br><br>Honorable Michael B. Kaplan<br><br>Chapter 7 |

### ORDER FIXING CERTAIN EXEMPTIONS OF THE DEBTOR

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: July 2, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

| | |
|---|---|
| Debtor: | Jo Ann Lucille Hartl |
| Case No.: | 19-12598 (MBK) |
| Caption of Order: | Order Fixing Certain Exemptions of the Debtor |

**THIS MATTER** having been brought before the Court upon the limited objection (the "Objection")[1] (*see* Docket No. 34) of John M. McDonnell, the chapter 7 trustee (the "Trustee") for the estate of Jo Ann Lucille Hartl, the chapter 7 debtor (the "Debtor"), by and through his counsel, McDonnell Crowley, LLC, for entry of an order denying certain claimed exemptions of the Debtor, pursuant to sections 105 and 522 of title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq*. (the "Bankruptcy Code") and Rule 4003 of the Federal Rules of Bankruptcy Procedure; and the Court finding notice of this objection having been given to all appropriate parties; and the Court having reviewed the papers filed and the arguments presented, and for good cause shown, it is hereby:

**ORDERED** that the relief sought by the Trustee in the Objection is sustained.

**ORDERED** that the Disputed Homestead Exemption as to the Point Pleasant Property is reduced and fixed at the amount of $23,675 under section 522(d)(1) of the Bankruptcy Code.

---

[1] Unless otherwise defined herein, all capitalized terms shall have the meaning ascribed to them in the Objection.

United States Bankruptcy Court
District of New Jersey

In re:  
Jo Ann Lucille Hartl  
    Debtor

Case No. 19-12598-KCF  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Jul 02, 2019  
                       Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 04, 2019.  
db         +Jo Ann Lucille Hartl,   801 Ocean Road,   Pt. Pleasant, NJ 08742-4054

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 04, 2019                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 2, 2019 at the address(es) listed below:  
      Brian Thomas Crowley   on behalf of Trustee John Michael McDonnell bcrowley@mchfirm.com, bcrowley@mcdonnellcrowley.com  
      John Michael McDonnell   on behalf of Trustee John Michael McDonnell jmcdonnell@mchfirm.com, NJ95@ecfcbis.com,bcrowley@mchfirm.com  
      John Michael McDonnell   jmcdonnell@mchfirm.com, NJ95@ecfcbis.com,bcrowley@mchfirm.com  
      Rebecca Ann Solarz   on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee, on behalf of the holders of the J.P. Morgan Mortgage Acquisition Trust 2007-CH3 Asset Backed Pass-Through Certificates, Series 2007-CH3 rsolarz@kmllawgroup.com  
      U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov  
                                              TOTAL: 5