UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:                                         Case No.:        19-12598

HARTL, Jo Ann Lucille                          Chapter:         7

                                               Judge:           KCF

**NOTICE OF PROPOSED ABANDONMENT**

_____John Michael McDonnell_____, _____Trustee_____ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:   United States Bankruptcy Court Clerk
                        Clarkson S. Fisher U.S. Courthouse
                        402 East State Street
                        Trenton, New Jersey 08608

If an objection is filed, a hearing will be held before the Honorable _____Kathryn C. Ferguson_____ on _____11/26/2019_____ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __2__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
   801 Ocean Road (SH 88)
   Point Pleasant, New Jersey 08742

   FMV $400,000

Liens on property:   Lien - $240,000

   Title search revealed the property is not owned by the debtor but by an non-filing spouse.

Amount of equity claimed as exempt: $0

Objections must be served on, and requests for additional information directed to:

Name:            John Michael McDonnell, Trustee
Address:         115 Maple Avenue, Red Bank, New Jersey 07701
Telephone No.:   732.383.7233

_rev.8/1/15_

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 19-12598-KCF
Jo Ann Lucille Hartl                                                  Chapter 7
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2             Date Rcvd: Oct 23, 2019
                              Form ID: pdf905          Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 25, 2019.
```
db           +Jo Ann Lucille Hartl,    801 Ocean Road,    Pt. Pleasant, NJ 08742-4054
r            +Ruggeri Realty, LLC,    Attn: Vivian Ruggeri,    1801 Boulevard,    Seaside Park, NJ 08752-1210
518016161    +Capital One,    PO Box 10497,    Greenville, SC 29603-0497
518016162    +Capital One,    PO Box 469046,    Escondido, CA 92046-9046
518016163    +Capital One,    136 Gaither Dr., Ste. 100,    Mt. Laurel, NJ 08054-1725
518016164    +Home Depot,    PO Box 51319,    Los Angeles, Ca 90051-5619
518016158    +JPMorgan/Chase,    216 Haddon Ave., Ste. 406,    c/o KML Law Law Group, PC,
               Westmont, NJ 08108-2812
518016171    +James M. Hartl,    801 Ocean Road,    Pt. Pleasant, NJ 08742-4054
518016159    +KML Law Group, PC,    216 Haddon Avenue., Ste. 406,    Westmont, NJ 08108-2812
518016168    +Lyons, Doughty & Veldhius,    136 Gaither Dr., Ste. 100,    Mt. Laurel, NJ 08054-2239
518016169    +Midland Credit Management, Inc.,    PO Box 51319,    Los Angeles, ca 90051-5619
518016166    +Sherman Originator III, LLC,    PO box 10497,    Greenville, SC 29603-0497
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: usanj.njbankr@usdoj.gov Oct 24 2019 00:21:11     U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 24 2019 00:21:08     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
acc           E-mail/Text: vlc@southportfa.com Oct 24 2019 00:19:26     Southport Financial Advisors, LLC,
               100 Ocean Avenue, Unit No.8,    Bradley Beach, NJ  07720
518016167    +E-mail/Text: legal@arsnational.com Oct 24 2019 00:20:33     ARS National Service,
               PO box 469046,   Escondido, CA 92046-9046
518158045    +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 24 2019 00:27:47
               Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518016160    +E-mail/Text: cio.bncmail@irs.gov Oct 24 2019 00:20:23     IRS,   PO Box 621501,
               Atlanta, GA 30362-3001
518283412     E-mail/PDF: resurgentbknotifications@resurgent.com Oct 24 2019 00:27:42     LVNV Funding, LLC,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
518016165    +E-mail/PDF: gecsedi@recoverycorp.com Oct 24 2019 00:16:39     PC Richards,   PO Box 960061,
               Orlando, FL 32896-0061
518019445    +E-mail/PDF: gecsedi@recoverycorp.com Oct 24 2019 00:15:24     Synchrony Bank,
               c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
518016170    +E-mail/PDF: gecsedi@recoverycorp.com Oct 24 2019 00:14:23     Synchrony Bank,   PO Box 960061,
               Orlando, FL 32896-0061
518295779    +E-mail/PDF: gecsedi@recoverycorp.com Oct 24 2019 00:16:38     Synchrony Bank,
               c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk VA 23541-1021
518043123    +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Oct 24 2019 00:19:19
               Verizon,   500 Technology Dr,    Suite 550,    Weldon Spring, MO 63304-2225
518253172    +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 24 2019 00:28:12     Verizon,
               by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                             TOTAL: 13

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518148627*    +IRS,   POB 7346,   Philadelphia, PA 19101-7346
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 25, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Oct 23, 2019
                              Form ID: pdf905          Total Noticed: 25
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 22, 2019 at the address(es) listed below:

```
              Brian Thomas Crowley    on behalf of Trustee John Michael McDonnell bcrowley@mchfirm.com,
               bcrowley@mcdonnellcrowley.com
              John Michael McDonnell    on behalf of Trustee John Michael McDonnell jmcdonnell@mchfirm.com,
               NJ95@ecfcbis.com,bcrowley@mchfirm.com
              John Michael McDonnell    jmcdonnell@mchfirm.com, NJ95@ecfcbis.com,bcrowley@mchfirm.com
              Rebecca Ann Solarz    on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee, on
               behalf of the holders of the J.P. Morgan Mortgage Acquisition Trust 2007-CH3 Asset Backed
               Pass-Through Certificates, Series 2007-CH3 rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```