801 Ocean Road
Pt. Pleasant, NJ 08742
November 19, 2019



United States Bankruptcy Court Clerk
Clarkson S. Fisher U. S. Courthouse
402 East State Street
Trenton, NJ 08608

RE: HARTL, Jo Ann Lucille    Case No. 19-12598    Chapter: 7    Judge: KCF

RE: NOTICE OF PROPOSED ABANDONMENT

Update to attached letter of November 15, 2019.

This package of information was mailed overnight one day later than anticipated due to fact that I had a second telephone conversation with Mr. Brian Crowley on Monday, November 18, 2019 regarding the deed I had emailed him for review the week before. Mr. Crowley informed me that he had not reviewed said document and was planning on reviewing with Mr. McDonnell today (11-18-19) and would email me after their review. As of Tuesday, November 19, 2019, 10am, I received no email from Mr. Crowley.

Thank you for your consideration of the above.

*Jo Ann L Hartl*
Jo Ann L Hartl

801 Ocean Road
Pt. Pleasant, NJ 08742
November 19, 2019



United States Bankruptcy Court Clerk
Clarkson S. Fisher U. S. Courthouse
402 East State Street
Trenton, NJ 08608

RE: HARTL, Jo Ann Lucille     Case No. 19-12598    Chapter: 7    Judge: KCF

RE: NOTICE OF PROPOSED ABANDONMENT

Update to attached letter of November 15, 2019.

This package of information was mailed overnight one day later than anticipated due to fact that I had a second telephone conversation with Mr. Brian Crowley on Monday, November 18, 2019 regarding the deed I had emailed him for review the week before. Mr. Crowley informed me that he had not reviewed said document and was planning on reviewing with Mr. McDonnell today (11-18-19) and would email me after their review. As of Tuesday, November 19, 2019, 10am, I received no email from Mr. Crowley.

Thank you for your consideration of the above.

*Jo Ann L Hartl*
Jo Ann L Hartl

801 Ocean Road
Pt. Pleasant, NJ 08742
November 15, 2019

United States Bankruptcy Court Clerk
Clarkson S. Fisher U. S. Courthouse
402 East State Street
Trenton, NJ 08608

RE: HARTL, Jo Ann Lucille    Case No. 19-12598    Chapter: 7    Judge: KCF

RE: NOTICE OF PROPOSED ABANDONMENT

I respectfully wish to object to the proposed Abandonment of property at 801 Ocean Road, Pt. Pleasant, NJ 08742, due to CURRENT title (deed) being only in the name of my non-filing spouse.

I am in possession of notarized deed dated December 9, 1996 showing that change was made from James M. Hartl to James M. and Jo Ann L. Hartl, husband and wife. **Copy of same attached.**

Per my conversation with Mr. Brian Crowley at the office of John Michael McDonnell, Trustee, on November 12, 2019, I explained to him why original deed in husband's name only and why new deed was not filed. I emailed Mr. Crowley copy of said deed.
**I am attaching copy of my email to him on November 13, 2019.**

Reasons for original deed and change to secondary deed:
1. This is second marriage for Jo Ann and first for James.
2. Jo Ann has four children from first union.
3. As thirteen plus years age difference – Jo Ann being older, No anticipated children from this union.
4. Original down payment was James' funds.
5. Within the two years of purchase, Jo Ann invested 1 ½ the amount of James.
6. Jo Ann, as primary, was making all mortgage payments.
7. As husband and wife, Jo Ann was not worried about losing home if James predeceased her.
8. Second Deed was done to protect Jo Ann in case of divorce and/or for her children's interest in the property should she predecease James.

After review of the above and attachments, should a hearing still be necessary, I respectfully request a change in date from 11/26/2019 for at least two weeks as this time is the anniversary of my Mother's passing.

Thank you for your consideration of the above.

*Jo Ann L Hartl*
Jo Ann L Hartl

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:
HARTL, Jo Ann Lucille

Case No.: __19-12598__
Chapter: __7__
Judge: __KCF__

## NOTICE OF PROPOSED ABANDONMENT

__John Michael McDonnell__, __Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk: United States Bankruptcy Court Clerk
Clarkson S. Fisher U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

If an objection is filed, a hearing will be held before the Honorable __Kathryn C. Ferguson__ on __11/26/2019__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __2__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
801 Ocean Road (SH 88)
Point Pleasant, New Jersey 08742

FMV $400,000

Liens on property:    Lien - $240,000

Title search revealed the property is not owned by the debtor but by an non-filing spouse.

Amount of equity claimed as exempt: $0

Objections must be served on, and requests for additional information directed to:

Name: John Michael McDonnell, Trustee
Address: 115 Maple Avenue, Red Bank, New Jersey 07701
Telephone No.: 732.383.7233

rev.8/1/15

ind. or corp., 5-83

Consult your Lawyer before signing this deed — it has important legal consequences.

# Deed

**Date**  This **Deed** is made on  December 9  1996  between

**Parties**

*Grantor*
*Full name(s)*
*and post*
*office address*

JAMES M. HARTL
801 Ocean Road
Pt. Pleasant, NJ 08742                                Grantor, and

*Grantee*
*Full name(s)*
*and post*
*office address*

JAMES M. & JO ANN L. HARTL, Husband & Wife
801 Ocean Road
Pt. Pleasant, NJ 08742
                                                      Grantee.

(The words "Grantor" and "Grantee" include all Grantors and all Grantees under this Deed.)

**Consideration**   In return for the payment to them of   one dollar
                                                 Dollars ($      1.00   ),

**Conveyance**  the Grantor grants and releases to the Grantee all of the claims of the Grantor upon the land located in the   borough   of Pt. Pleas.   County of Ocean     and State of New Jersey, specifically described as follows:

**Description of Land**

All that certain lot, piece or parcel of land with the buildings and improvements thereon erected, situate, lying and being in the Borough of Point Pleasant, County of Ocean, State of New Jersey:

Being known and designated as Tax Lot 44 in Block 128 on the Tax Map of the Borough of Pt. Pleasant.

Being more commonly known as 801 Ocean Road, Point Pleasant, New Jersey 08742.

SUBJECT TO EASEMENTS A RESTRICTIONS OF RECORD, IF ANY.

Title was conveyed to James M. Hartl, from George A. Marks and Francis X. Marks, brothers, by Deed dated September 29, 1994 and recorded October 6, 1994 in the Ocean County Clerk's Office in Deed Book 5206, Page 0905.

**Municipal Lot and Block or Account Number**

The land is now designated as Lot 44 in Block 128 on the municipal tax map (or as Account No. ).

OF THE MUNICIPALITY OF POINT PLEASANT.

*Check box if applicable*  ☐ No property tax identification number for the land is available at the time of this conveyance.

**Receipt of Consideration**

The Grantor has received the full payment from the Grantee.

**Signature of Grantor**

The Grantor signs this Deed on the first date above. If the Grantor is a corporation this Deed is signed by its corporate officers and its corporate seal is affixed.

Signed, sealed and delivered in the presence of or attested by:

*/s/ James M. Hartl* (SEAL)

JAMES M. HARTL

*/s/ Ann M. Covello* (SEAL)

ANN M. COVELLO
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires June 05, 1997

### CERTIFICATE OF ACKNOWLEDGMENT BY INDIVIDUAL

State of New Jersey, County of _____

I am a an officer authorized to take acknowledgments and proofs in this State. I sign this acknowledgment below to certify that it was made before me.

On December 9, 1996, _____ James M. Hartl _____ appeared before me in person. *(If more than one person appears, the words "this person" shall include all persons named who appeared before the officer and made this acknowledgment).* I am satisfied that this person is the person named in and who signed this Deed. This person acknowledged signing, sealing and delivering this Deed as this person's act and deed for the uses and purposes expressed in this Deed.

This person also acknowledged that the full and actual consideration paid or to be paid for the transfer of title to realty evidenced by this Deed, as such consideration is defined in P.L. 1968, c. 49, §1(c), is $ _____

_____
*Officers signature. Print, stamp or type name and title directly beneath.*

### CORPORATE PROOF BY THE SUBSCRIBING WITNESS

State of New Jersey, County of _____

I am a an officer authorized to take acknowledgments and proofs in this State.

On _____, 19__, _____ (from now on called the "Witness") appeared before me in person. The Witness was duly sworn by me according to law under oath and stated and proved to my satisfaction that:

**From:** jammyh5 <jammyh5@aol.com>
**To:** BCrowley <BCrowley@MCHfirm.com>
**Subject:** Case 19-12598
**Date:** Wed, Nov 13, 2019 2:38 pm
**Attachments:** 19JJHartlDEEDpg1 001.jpg (366K), 19JJHartlDEEDpg2 001.jpg (427K)

Good Afternoon Mr. Crowley,

Following up on our conversation yesterday, I am attaching a copy of the Deed that I have showing change of ownership from James M Hartl to James M Hartl and Jo Ann L Hartl (husband and wife) from December 1996 which has never been filed.

During our conversation, I relayed to you the background of my husband and myself, why original deed in his name only, reason for his signing this deed adding me.

Please review as you said you would and let me know if this changes the proposed abandonment by the Trustee as of November 26, 2019.

Again, your review is much appreciated

Jo Ann L Hartl

---

2Attached Images

[Image of Deed document dated December 9, 1996, between James M. Hartl (Grantor) of 801 Ocean Road, Pt. Pleasant, NJ 08742, and James M. and Jo Ann L. Hartl, husband and wife (Grantees), of 801 Ocean Road, Pt. Pleasant, NJ 08742. Consideration of one dollar. Describes a lot in the Borough of Point Pleasant, County of Ocean, State of New Jersey, commonly known as 801 Ocean Road, Point Pleasant, NJ 08742. Title reference to deed from George A. Marks and Francis E. Marks dated September 30, 1994, recorded October 6, 1994 in Ocean County Clerk's Office in Deed Book 5260, Page 0905.]