**McDonnell Crowley, LLC**
115 Maple Avenue
Red Bank, NJ 07701
(732) 383-7233
Brian T. Crowley
bcrowley@mchfirm.com
*Counsel to John M. McDonnell,*
*Chapter 7 Trustee*

**Order Filed on December 15, 2019**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW JERSEY

| In re:<br><br>JO ANN LUCILLE HARTL,<br><br>Debtor. | Case No. 19-12598 (KCF)<br><br>Honorable Kathryn C. Ferguson<br><br>Chapter 7 |

**ORDER AUTHORIZING JOHN M. MCDONNELL, CHAPTER 7
TRUSTEE, TO ABANDON THE BANKRUPTCY ESTATE'S INTEREST
IN CERTAIN REAL PROPERTY, LOCATED AT 801 OCEAN ROAD,
PT. PLEASANT, NEW JERSEY 08742; AND GRANTING RELATED RELIEF**

The relief set forth on the following page numbered two (2), is hereby **ORDERED**.

**DATED: December 15, 2019**

_____
Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

| | |
|---|---|
| Debtor: | Jo Ann Lucille Hartl |
| Case No.: | 19-12598 (KCF) |
| Caption of Order: | Order Authorizing John M. McDonnell, Chapter 7 Trustee, to abandon the Bankruptcy Estate's interest in certain real property, located at 801 Ocean Road, Pt. Pleasant, New Jersey 08742; and granting related relief |

**THIS MATTER,** having been opened to the Court by John M. McDonnell, the chapter 7 trustee (the "Trustee") for the estate of Jo Ann Lucille Hartl , the chapter 7 debtor (the "Debtor"), upon the filing of a Notice of Proposed Abandonment[1] seeking for authorization to abandon the bankruptcy estate's interest in certain real property, located at 801 Ocean Road, Pt. Pleasant, New Jersey 08742 (the "Property"), and granting related relief; and the Court having considered any opposition filed; and for good cause having been shown,

**IT IS ORDERED** that the Trustee be and hereby is authorized to abandon the bankruptcy estate's interest in the Property; and it is further;

**ORDERED** that the Property be and hereby is deemed abandoned pursuant to sections 105 and 554(a) of the Bankruptcy Code.

---

[1] *See* Docket No. 47.