**McDonnell Crowley, LLC**
115 Maple Avenue
Red Bank, NJ 07701
(732) 383-7233
Brian T. Crowley
bcrowley@mchfirm.com
*Counsel to John M. McDonnell,*
*Chapter 7 Trustee*

Order Filed on December 15, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW JERSEY

| In re: | Case No. 19-12598 (KCF) |
|---|---|
| JO ANN LUCILLE HARTL, | Honorable Kathryn C. Ferguson |
| Debtor. | Chapter 7 |

**ORDER AUTHORIZING JOHN M. MCDONNELL, CHAPTER 7
TRUSTEE, TO ABANDON THE BANKRUPTCY ESTATE'S INTEREST
IN CERTAIN REAL PROPERTY, LOCATED AT 801 OCEAN ROAD,
PT. PLEASANT, NEW JERSEY 08742; AND GRANTING RELATED RELIEF**

The relief set forth on the following page numbered two (2), is hereby **ORDERED**.

**DATED: December 15, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

| | |
|---|---|
| Debtor: | Jo Ann Lucille Hartl |
| Case No.: | 19-12598 (KCF) |
| Caption of Order: | Order Authorizing John M. McDonnell, Chapter 7 Trustee, to abandon the Bankruptcy Estate's interest in certain real property, located at 801 Ocean Road, Pt. Pleasant, New Jersey 08742; and granting related relief |

**THIS MATTER,** having been opened to the Court by John M. McDonnell, the chapter 7 trustee (the "Trustee") for the estate of Jo Ann Lucille Hartl , the chapter 7 debtor (the "Debtor"), upon the filing of a Notice of Proposed Abandonment[1] seeking for authorization to abandon the bankruptcy estate's interest in certain real property, located at 801 Ocean Road, Pt. Pleasant, New Jersey 08742 (the "Property"), and granting related relief; and the Court having considered any opposition filed; and for good cause having been shown,

**IT IS ORDERED** that the Trustee be and hereby is authorized to abandon the bankruptcy estate's interest in the Property; and it is further;

**ORDERED** that the Property be and hereby is deemed abandoned pursuant to sections 105 and 554(a) of the Bankruptcy Code.

---

[1] *See* Docket No. 47.

United States Bankruptcy Court
District of New Jersey

In re:  
Jo Ann Lucille Hartl  
    Debtor

Case No. 19-12598-KCF  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Dec 16, 2019  
                       Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 18, 2019.  
db           +Jo Ann Lucille Hartl,   801 Ocean Road,   Pt. Pleasant, NJ 08742-4054

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 18, 2019                  Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 16, 2019 at the address(es) listed below:

       Brian Thomas Crowley    on behalf of Trustee John Michael McDonnell bcrowley@mchfirm.com,  
        bcrowley@mcdonnellcrowley.com  
       John Michael McDonnell    on behalf of Trustee John Michael McDonnell jmcdonnell@mchfirm.com,  
        NJ95@ecfcbis.com,bcrowley@mchfirm.com  
       John Michael McDonnell    jmcdonnell@mchfirm.com,   NJ95@ecfcbis.com,bcrowley@mchfirm.com  
       Rebecca Ann Solarz    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, on  
        behalf of the holders of the J.P. Morgan Mortgage Acquisition Trust 2007-CH3 Asset Backed  
        Pass-Through Certificates, Series 2007-CH3 rsolarz@kmllawgroup.com  
       U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                          TOTAL: 5